# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KATHLEEN CAMPBELL,

                  Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

                  Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 17-438V
Special Master Christian J. Moran

Filed: June 29, 2020

## ORDER

On June 29, 2020, a status conference was held to discuss the June 10, 2020 ruling finding fact and next steps. Considering the ruling, petitioner requested a limited amount of time to consult with experts to determine if moving forward is feasible.

Accordingly, the following is ORDERED:

Petitioner shall file a status report by **Wednesday, July 29, 2020**, indicating whether she will be proceeding forward with an expert.

Any questions may be directed to my law clerk, Andrew Schick, at (202) 357-6360.

**IT IS SO ORDERED.**

                  s/Christian J. Moran
                  Christian J. Moran
                  Special Master